**Order entered June 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00370-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER

This is an appeal from the trial court's judgment in a suit affecting the parent-child relationship (SAPCR). A previous appeal docketed as appellate cause number 05-13-00305-CV involved the related divorce suit following the trial court's order severing the divorce from the SAPCR suit. On April 6, 2016, this Court issued an opinion in the divorce appeal vacating the trial court's severance order of October 15, 2012 and remanding that case to the trial court. On March 31, 2016, appellant filed a notice of appeal in this SAPCR case.

On the Court's own motion, we **REMAND** this case to the trial court with instructions to enter a single judgment within **FIFTEEN DAYS** of the date of this order. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, within **TWENTY DAYS** of the date of this order, a supplemental clerk's record containing the single judgment signed by the trial court in accordance with this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Tena Callahan, Presiding Judge of the 302nd Judicial District Court, Ms. Pitre, appellant, and counsel for appellee.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated in twenty days or when the Court receives the requested supplemental clerk's record, whichever occurs sooner.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE